IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAUNDRA J. COUNCE,<br><br>Plaintiff,<br><br>v.<br><br>R. JAMES NICHOLSON, Secretary,<br>United States Department<br>of Veterans Affairs,<br><br>Defendant. | NO. 3:06cv0171<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Defendant R. James Nicholson's motion for summary judgment (Docket Entry No. 14) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff's claims of discrimination based on race, sex and age are **DISMISSED WITH PREJUDICE**. Further, Plaintiff's claims of violations of the Privacy Act and 42 U.S.C. § 1983, the Civil Rights Act of 1871 are **DISMISSED WITH PREJUDICE**. Defendant's motion is otherwise denied as Plaintiff has demonstrated that material factual disputes exist regarding her claim for retaliation under Title VII of the Civil Rights Act of 1964.

This action is set for trial on **Tuesday, June 26, 2007 at 9:00 a.m.**. The final pretrial conference is set for **Monday, June 11, 2007 at 3:00 p.m.**.

It is so **ORDERED**.

**ENTERED** on this the 18th day of April, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge